IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| REHABCARE GROUP EAST, INC. d/b/a REHABCARE | ) ) ) | |
| PLAINTIFF | ) ) | |
| v. | ) ) | Case No. 15-cv-10876 |
| CC CARE, LLC d/b/a COMMUNITY CARE CENTER, *et al.* | ) ) ) ) | Magistrate Judge Schenkier |
| DEFENDANTS | ) | |

## MOTION FOR ENTRY OF JUDGMENT

Plaintiff, RehabCare Group East, Inc. d/b/a RehabCare ("RehabCare"), moves the Court for entry of Judgment against SH Care, LLC d/b/a Sycamore Healthcare ("Sycamore") in conformance with the Court's Order on Plaintiff's Motion for Summary Judgment (DN 66). The Court previously ruled that RehabCare was entitled to damages against Sycamore in the principal amount of $293,558.95, plus interest through May 19, 2017 in the amount of $112,337.43, plus interest thereafter at the *per diem* rate of $144.83 until entry of a final Judgment.[1] *See Order,* DN 66. Entry of a final Judgment was delayed pending a trial on damages as to certain other Defendants. *See id.* Those Defendants have now sought bankruptcy protection,[2] and there is thus no reason for further delay, and RehabCare is entitled to Judgment against Sycamore. *See* FED. R. CIV. P. 54.

A proposed Judgment is attached.

---

[1] There are 171 days between May 19, 2017 and November 6, 2017, thus the interest due to RehabCare has grown to $137,972.34.

[2] RehabCare does not seek any relief against the entities that filed bankruptcy in conformance with the automatic stay.

Dated: November 7, 2017

Respectfully submitted,

LATIMER LEVAY FYOCK, LLC

Richard Saldinger
55 W Monroe St., Ste. 1100
Chicago, Illinois 60603
Telephone: (312) 667-1359
Facsimile: (312) 422-8001
rsaldinger@llflegal.com

*Counsel for Plaintiff*

FULTZ MADDOX DICKENS PLC
Phillip A. Martin
Laura M. Brymer

/s/ *Phillip A. Martin*
101 S. Fifth St., 27th Floor
Louisville, Kentucky 40202
Telephone: (502) 588-2000
Facsimile: (502) 588-2020
pmartin@fmdlegal.com
lbrymer@fmdlegal.com

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing was served in compliance with the Court's ECF Guidelines on November 7, 2017 upon: David K. Welch, John H. Redfield, Brian P. Welch, Crane, Heyman, Simon, Welch & Clar, 135 S. LaSalle, #3705, Chicago, IL 60603.

/s/ *Phillip A. Martin*
*Counsel for Plaintiff*

{01693828}